| | |
|---|---|
| **Andrew M. Dudley (025005)**<br>**PHILLIPS & ASSOCIATES**<br>20 E. Thomas Rd, Suite 2600<br>Phoenix, Arizona 85012<br>Tel: (602) 258-8900<br>Fax: (602) 230-2027<br>eMail: andrewd@phillipslaw.ws<br>Attorney for Debtors | |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ROBERT JOSEPH VENTRELLA,<br>xxx-xx-4642<br><br>NANNETTE ELIZABETH VENTRELLA,<br>xxx-xx-7556<br><br>6022 E Palomino Lane<br>Scottsdale, AZ 85262<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No: 2:08-bk-18228-RJH<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS/BAC HOME LOANS:<br><br>    Movant,<br><br>vs.<br><br>Robert J. Ventrella,<br>Nannette Ventrella, and<br>Russell A. Brown, Trustee,<br><br>    Respondents | |

1. The Debtors filed for protection under Chapter 13 of the Bankruptcy Code (Title 11 of the United States Code) on December 16, 2008.

2. Debtors believe that they are in substantial compliance with the terms of their Chapter 13 Plan.

3. Debtors propose to cure post-petition default within a reasonable period of time.

1

4. The property to which the Movant claims a security interest is the Debtor's homestead located at 6022 E Palomino Lane. This property is necessary to an effective reorganization.

5. Movant's claim is protected by its Deed of Trust that allows the Debtors to have use and possession of the subject property.

6. The Debtors recognize the requirement to make post-petition payments on the underlying note secured by Deed of Trust in a timely manner.

WHEREFORE, the Debtors respectfully request that this Honorable Court deny the Motion and continue the automatic stay in full force and effect.

Dated: December 1, 2009          PHILLIPS AND ASSOCIATES

By:   /s/ AMD (025005)
    Andrew M. Dudley
    20 E. Thomas Rd., Suite 2600
    Phoenix, AZ 85012
    Attorney for Debtors

Copy of the foregoing mailed December 1, 2009 to:

MERS/BAC Home Loans
c/o Mark S Bosco, Esq.
2525 East Camelback Road
Phoenix, AZ 85016

Russell A. Brown, Ch 13 Trustee
3838 N. Central Ave, Suite 800
Phoenix, AZ 85012-1965

Robert and Nannette Ventrella
6022 E. Palomino Lane
Scottsdale, AZ 85262

By:   /s/ ANM
    April N. Mercer